NUMBER 13-07-261-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________ _______


IN RE AMERICAN RETIREMENT CORPORATION AND 


PEGGY BRISGILL, IN HER CAPACITY AS MANAGER


______________________________________________________ _____


On Petition for Writ of Mandamus

__________________________________________________________ _


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relators, American Retirement Corporation and Peggy Brisgill, in her capacity
as manager, filed a petition for writ of mandamus and motion for emergency stay in
the above cause on April 20, 2007. That same day, the Court granted the motion for
emergency stay and requested a response from the real party in interest. Said
response was duly filed on June 5, 2007. 

 The Court, having examined and fully considered the petition for writ of
mandamus and response thereto, is of the opinion that relators have not shown
themselves entitled to the relief sought. Accordingly, the stay of all proceedings below
is hereby ordered LIFTED and the petition for writ of mandamus is DENIED. See Tex.
R. App. P. 52.8(a). 


 PER CURIAM


Memorandum Opinion delivered and 

filed this 6th day of June, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).